UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************
\*
UNITED STEELWORKERS OF  \*
AMERICA, AFL-CIO/CLC,   \*
\*
Plaintiff,   \*
\*       CIVIL ACTION NO. 04-12489-WGY
v.                      \*
\*
PLIANT CORPORATION,     \*
\*
Defendant.   \*
\*
*******************************

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Susan G. Fentin, Esq., and hereby notices its Appearance as counsel for the Defendant, PLIANT CORPORATION, in the above-referenced matter.

                                        Respectfully Submitted,

                                        /s/ Susan G. Fentin
                                        Susan G. Fentin, Esq.
                                        BBO No. 632962
                                        Counsel for Defendant
                                        Skoler, Abbott & Presser, P.C.
                                        One Monarch Place, Suite 2000
                                        Springfield, Massachusetts  01144
Dated:  December 21, 2004            Tel.:  (413) 737-4753/Fax:  (413) 787-1941

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Warren H. Pyle and Nicole Horberg Decter, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108, by first-class, U.S. mail, postage prepaid on December 21, 2004.

                                        /s/ Susan G. Fentin
                                          Susan G. Fentin, Esq.