**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO/CLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-12489 |
| v. | ) ) ) | |
| Pliant Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE FILING DEADLINE FOR THE PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

The Plaintiff, United Steelworkers of America, respectfully requests that this Court grant the Plaintiff's Motion to Extend the Filing Deadline for the Plaintiff's Opposition to the Defendant's Motion to Dismiss specified in Judge Young's Order of February 18, 2005 for thirty (30) days. The current filing deadline is February 28, 2005; if granted, the new filing deadline would be March 30, 2005.

In support of its Motion, the Plaintiff states as follows:

1.      On February 24, 2005, the parties agreed in principal to a settlement in the above-captioned matter.

2.      For this reason, the Plaintiff is seeking this extension so that the parties may finalize this settlement without accruing any further litigation costs.

3.      Plaintiff's counsel has contacted counsel for the Defendant, Richard Marcus, who represents that he has no objection to the Plaintiff's Motion to Extend the Filing Deadline.

Wherefore, the Plaintiff respectfully requests that the deadline for opposing the

Defendant's Motion to Dismiss be extended until March 30, 2005.

Respectfully submitted,
UNITED STEELWORKERS OF AMERICA,
By their attorneys,

s/ Nicole Horberg Decter
Warren H. Pyle, BBO #408400
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
(617) 367-7200

Dated: February 25, 2005