**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

FILED
CLERKS OFFICE
2005 MAR 30  P 12: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

March 29, 2005

*Via Fax and First Class Mail*
Elizabeth Smith
Courtroom Clerk for Judge Young
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**In re: United Steelworkers of America, AFL-CIO/CLC v. Pliant Corporation, C.A. No. 04-12489-WGY**

Dear Ms. Smith:

This letter confirms our conversation today, March 29, 2005, in which you agreed to grant an oral request by the Plaintiff for an extension of the deadline on the Plaintiff's Opposition to the Defendant's Motion to Dismiss. The original deadline for the Plaintiff's Opposition was March 30, 2005; pursuant to our conversation, the new deadline for the submission of the Plaintiff's Opposition will be April 11, 2005. The new deadline for the Defendant's reply, if any, will be April 18, 2005.

I have conferred with counsel for the Defendant, Richard Marcus, and he has informed me that he does not oppose the Plaintiff's request to extend time.

Thank you for your time and assistance on this matter.

Sincerely,

Nicole Horberg Decter