UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
UNITED STEELWORKERS OF          \*
AMERICA, AFL-CIO/CLC,           \*
                                \*
            Plaintiff,          \*
                                \*     CIVIL ACTION NO. 04-12489-WGY
v.                              \*
                                \*
PLIANT CORPORATION,             \*
                                \*
            Defendant.          \*
                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION OF ATTORNEY
## TOBIAS EDWARD SCHLUETER PRO HAC VICE

NOW COMES Susan G. Fentin, Esq., and moves for the admission of Attorney Tobias Edward Schlueter, pro hac vice in this matter, pursuant to Local Rule 83.5.3(b).

In support of this Motion, the undersigned submits the Affidavit of Attorney Tobias Edward Schlueter, which is attached hereto as Exhibit A. The firm of Skoler, Abbott & Presser, P.C., will remain as local counsel in this matter.

DATED at Springfield, Massachusetts, this 4th day of April 2005.

                Respectfully Submitted,

                /s/ Susan G. Fentin
                Susan G. Fentin, Esq.
                BBO No. 632962
                Counsel for Defendant
                Skoler, Abbott & Presser, P.C.
                One Monarch Place, Suite 2000
                Springfield, Massachusetts  01144
                Tel.: (413) 737-4753/Fax: (413) 787-1941

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Warren H. Pyle and Nicole Horberg Decter, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108, via electronic filing and first-class, U.S. mail, postage prepaid on April 4, 2005.

                                              /s/ Susan G. Fentin
                                              Susan G. Fentin, Esq.

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************
*
UNITED STEELWORKERS OF *
AMERICA, AFL-CIO/CLC, *
*
     Plaintiff, *
*    CIVIL ACTION NO. 04-12489-WGY
v. *
*
PLIANT CORPORATION, *
*
     Defendant. *
*
*****************************

### AFFIDAVIT OF TOBIAS EDWARD SCHLUETER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, TOBIAS EDWARD SCHLUETER, having been duly sworn, do hereby state:

1.    My residence is 2024 Antietam Court, Aurora, Illinois 60504.

2.    My principal office is at Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, Chicago, IL 60606.

3.    I have been admitted to practice in the state court of Illinois since 2002.

4.    I have been admitted to practice in the United States District Court for the Northern District of Illinois since 2002.

5.    I am admitted to practice in the Seventh Circuit Court of Appeals since 2002.

6.    I am not subject to disciplinary action in any jurisdiction, and am a member of good standing of the bar.

7.    Neither I nor any member of the firm to which I belong has been denied admission to any court or disciplined in accordance with Local Rule 83.6 of the United States District Court for the District of Massachusetts.

8.    I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

9. I and my firm represent the Defendant in a case involving alleged violation of the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101, et. seq.

I swear that the above is true.

Respectfully Submitted,

_____
Tobias Edward Schlueter, Esq.
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL  60606
Telephone:  (312) 876-8000
Fax:  (312) 876-7934

Dated:  March 29, 2005

Sworn to and Subscribed to me before
this 29th day of March, 2005.

_____
Notary Public
My Commission Expires: 4/23/05

```
"OFFICIAL SEAL"
V. SAMANIEGO
Notary Public, State of Illinois
My Commission Expires 04/23/05
```