## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO/CLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Pliant Corporation, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-12489 |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE**
**WITH LOCAL RULE 16.1(D)(3)**

The United Steelworkers of America, AFL-CIO/CLC and its attorney hereby affirm that we have conferred in accordance with Local Rule 16.1(D)(3) and discussed the potential costs of conducting this litigation and alternative means of dispute resolution.

\_\_\_s/ Albert Polk_____
On behalf of United Steelworkers
Of America, AFL-CIO/CLC, Plaintiff

\_\_\_\_\_s/ Nicole Horberg Decter\_\_\_\_\_
Warren H. Pyle, BBO #408400
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg, and
Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: May 16, 2005

Dated: March 16, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2005, I caused a copy of this document to be served by first-class mail on all counsel of record.

                                               _____s/ Nicole Horberg Decter_____
                                               Nicole Horberg Decter, Esq.