IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO/CLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Pliant Corporation, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-12489 WGY |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Counsel for the parties to the above-captioned matters conferred on May 10, 2005, and now file this joint statement pursuant to Local Rule 16.1(D) and the Court's order dated April 27, 2005.

I. **Proposed Pretrial Schedule:**

   A. Discovery

   The Parties have agreed to exchange initial disclosures pursuant to F.R.C.P. 26(a)(1)(A)-(D) and Local Rule 26.1(B) by June 1, 2005. Discovery shall close September 1, 2005.

   B. Motions

   The parties propose that any dispositive motions shall be filed no later than October 15, 2005.

C.   Final pretrial conference and trial dates are to be scheduled by the Court.

## II.   Trial By Magistrate Judge

The parties do not consent to trial by a Magistrate Judge.

## III.   Certifications

The parties' certifications pursuant to Local Rule 16.1(D)(3) are being filed separately by the respective parties.

## IV.   Settlement Proposal

The Plaintiff has made a written settlement demand of $129,208.00, which was provided to the Defendant by the Plaintiff in accordance with Local Rule 16.1(C). The Defendant will timely respond to the Plaintiff's demand pursuant to Local Rule 16.1(C).

Respectfully submitted,

United Steelworkers of America, AFL-CIO/CLC,

By their attorneys,

   s/ Nicole Horberg Decter
Warren H. Pyle, BBO #408400
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg &
Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Telephone: (617) 367-7200
Facsimile: (617) 367-4820

- 3 -

Pliant Corporation

By its attorneys,

\_\_\_/s/ Richard L. Marcus_____
Richard L. Marcus (01761676)
Tobias E. Schlueter (6278392)
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606
Telephone: (312) 876-8177
Facsimile: (312) 876-7934

Respectfully Submitted,

\_\_\_/s/ Susan G. Fentin_____
Susan G. Fentin, Esq.
BBO No. 632962
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Tel.:  (413) 737-4753/Fax:  (413) 787-1941

Date:  May 10, 2005