# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STEEL WORKERS OF AMERICA, AFL-CIO/CLC
                Plaintiff

CIVIL ACTION NO.  04-12489-WGY

    V.

PLIANT CORPORATION
                Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to   ADR - AS SOON AS POSSIBLE   for the following ADR process:

- ☐ SCREENING CONFERENCE
- ☐ EARLY NEUTRAL EVALUATION
- ☒ MEDIATION
- ☐ MINI-TRIAL
- ☐ SUMMARY JURY TRIAL
- ☐ SETTLEMENT CONFERENCE

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom _____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH A.. THORNTON
CLERK OF COURT

DATE: June 21, 2005

/s/ Marie Bell
Deputy Clerk

To:    All Counsel of Record
        and ADR Provider

(ADR Assignment.wpd - 4/12/2000)        [ntcasgnadr.]