IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO/CLC, | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) Civil, Action No. 04-12489 |
| PLIANT CORPORATION, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), the above referenced parties to this lawsuit, by and through their attorneys, STIPULATE and AGREE as follows:

1.   The Plaintiff's cause of action against Defendant is dismissed with prejudice and without costs to either party; and

2.   The Court is requested to retain jurisdiction of the matter in order to enforce the Settlement Agreement entered into by the parties.

Respectfully submitted,

**PLIANT CORPORATION**

By its attorneys,

s/Richard L. Marcus
Richard L. Marcus (01761676)
Tobias E. Schlueter (6278392)
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8000

Dated: July 25, 2005

**UNITED STEELWORKERS OF AMERICA, AFL-CIO/CLC**

By its attorneys,

s/Nicole Horberg Decter
Warren H. Pyle, BBO #408400
Nicole Horberg Decter, BBO#658268
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
(617) 367-7200